**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 1, 2013 |
| Court Reporter: Janet Coppock | Time: 27 minutes |
| Probation Officer: Gary Burney | Interpreter: Melinda Gonzalez-Hibner |

**CASE NO. 12-CR-00473-PAB and 13-CR-00022-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Jeremy Sibert |
| Plaintiff, | |
| vs. | |
| | LaFonda Traoré |
| Defendant. | |

**SENTENCING and REVOCATION OF SUPERVISED RELEASE**

**11: 08 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody.

Interpreter is sworn with no challenges to her qualifications.

**12-CR-00473-PAB SENTENCING**

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
12-CR-00473-PAB and 13-CR-00022-PAB
July 1, 2013

**Defendant's Motion for Below Guideline Statutory or "Variant" Sentence [Docket No. 31]**

Argument by Ms. Traoré in support of defendant's motion and comments addressing sentencing.

Argument by Mr. Sibert and comments addressing sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Below Guideline Statutory or "Variant" Sentence [Docket No. 31] is **GRANTED in PART and DENIED in PART.**

Defendant entered his plea on **February 19, 2013** to count **1 of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **36** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Page Three
12-CR-00473-PAB and 13-CR-00022-PAB
July 1, 2013

      (**X**)    Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the defendant will likely be deported.

**ORDERED: Special Condition** of Supervised Release that:
      (**X**)    If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED: No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**11:35 a.m.**   <u>**13-CR-00022-PAB VIOLATION OF SUPERVISED RELEASE**</u>

**ORDERED:** The statement of facts in the Supervised Release Violation Report are not disputed by the parties and are adopted in the Court's factual findings in this case.
The report is incorporated by reference as part of the Court's findings and conclusions.

Court advised that the defendant is prepared to admit to the violations alleged in the Supervised Release Violation Report.

Defendant **ADMITS** to the violations alleged in the Supervised Release Violation Report.

Ms. Traoré addresses sentencing.

Mr. Sibert addresses sentencing.

Defendant addresses the Court.

Court states its findings.

**ORDERED:** Supervised Release is **REVOKED.**

**ORDERED:** Defendant shall be **imprisoned** for **4** months, to be served consecutive to sentence of imprisonment imposed in 12-CR-00473-PAB.

Page Four
12-CR-00473-PAB and 13-CR-00022-PAB
July 1, 2013

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**11:45 a.m.   COURT IN RECESS**

**Total in court time:**      27 minutes

**Hearing concluded**