IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00473-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CARLOS VIDAL ACHANA-SUASO,

    Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

It is ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Carlos Vidal Achana-Suaso, Registration No. 17108-308, before United States District Judge Philip A. Brimmer, on **July 14, 2014 at 3:30 p.m.** for proceedings in the above-captioned case, and to hold him at all times in the United States Marshals' custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

    DATED June 26, 2014.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge