IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00473-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. CARLOS VIDAL ACHANA-SUASO,

      Defendant.

_____

## ORDER
_____

      This matter comes before the Court on the United States' Motion to Dismiss

Case Against Defendant [Docket No. 55], whereby the United States moves to dismiss

the indictment in this case in the interests of justice.  Wherefore, it is

      **ORDERED** that the judgment and sentence are vacated.  It is further

      **ORDERED** that the Motion to Dismiss Case Against Defendant [Docket No. 55]

is granted.  It is further

      **ORDERED** that, pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure, the Indictment in this case is dismissed.  It is further

      **ORDERED** that the United States Marshals Service shall forthwith release

defendant Carlos Vidal Achana-Suaso from custody on this case.

      DATED July 14, 2014.

                    BY THE COURT:

                    s/Philip A. Brimmer_____
                    PHILIP A. BRIMMER
                    United States District Judge